```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARLOS VELASCO,                     :
                                    :
                Plaintiff,          :      10 Civ. 5059(JSR)
                                    :
           -v-                      :
                                    :
UNITED STATES OF AMERICA,           :
                                    :
                Respondent.         :
------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

On December 30, 2010, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that plaintiff's petition, which arises under 28 U.S.C. § 2255, be denied as time-barred under the applicable statute of limitations. See 28 U.S.C. § 2255(f)(1). Neither party has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, denies the petition. Clerk to enter Judgment.

SO ORDERED.

Dated: New York, NY
       January 27, 2011

_____
JED S. RAKOFF, U.S.D.J.